Hamid R. Rafatjoo (CA Bar No. 181564)
Samuel R. Maizel (CA Bar No. 189301)
PACHULSKI STANG ZIEHL YOUNG JONES &
WEINTRAUB LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

[Proposed] Attorneys for Official Unsecured Creditors
Committee

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>WESTERN MEDICAL, INC., an Arizona corporation,<br><br>Debtor. | Case No.: 2-06-bk-01784-RTBP<br><br>Chapter 11<br><br>**APPLICATION OF THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS TO EMPLOY PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP AS COUNSEL**<br><br>(No Hearing Required) |

**TO THE HONORABLE REDFIELD T. BAUM, UNITED STATES BANKRUPTCY JUDGE FOR THE DISTRICT OF ARIZONA, THE DEBTOR, AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

The Official Committee of Creditors Holding Unsecured Claims (the "Committee") appointed in the bankruptcy case of the above-named debtor and debtor in possession, Western Medical, Inc. (the "Debtor"), submits this application to employ Pachulski Stang Ziehl Young Jones & Weintraub LLP ("PSZYJW"), whose business offices are located at 10100 Santa Monica Boulevard, Suite 1100, Los Angeles, California 90067, as its counsel (the "Application").

This Application is brought pursuant to sections 328 and 1103 of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"). In support of this Application, the Committee respectfully represents as follows:

1. On June 15, 2006 (the "Petition Date"), the Debtor commenced this chapter 11 case by filing a voluntary petition under Chapter 11 of the Bankruptcy Code. Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor is continuing to operate its business and manage its financial affairs as a debtor in possession.

2. The Committee was appointed pursuant to Section 1102(a)(1) of the Bankruptcy Code on June 27, 2006. The members of the Committee are: (a) McKesson Medical-Surgical, Inc.; (b) Pride Mobility Products (Chair); (c) PRN Marketing, Inc.; and (d) Convaid Inc.

3. The Committee has elected to retain PSZYJW to serve as counsel to the Committee.

4. PSZYJW is a firm of approximately 58 attorneys with a practice concentrated on reorganization, bankruptcy, litigation and commercial issues. PSZYJW attorneys have extensive experience representing creditors' committees, debtors, creditors, trustees and others in a wide variety of bankruptcy cases. More information on PSZYJW can be found at its website at www.pszyjw.com. Subject to further order of this Bankruptcy Court, PSZYJW is expected to render the following services to the Committee:

     a. to assist, advise and represent the Committee in its consultations with the Debtor in possession regarding the administration of this case;

     b. to assist, advise and represent the Committee in analyzing Debtor's assets and liabilities, investigating the extent and validity of liens and participating in and reviewing any proposed asset sales, any asset dispositions, financing arrangements and cash collateral stipulations or proceedings;

     c. to assist, advise and represent the Committee in any manner relevant to reviewing and determining Debtor's rights and obligations under leases and other executory contracts;

     d. to assist, advise and represent the Committee in investigating the acts, conduct, assets, liabilities and Debtor's financial condition, Debtor's business operation and the

1 desirability of the continuance of any portion of the business, and any other matters relevant to this
2 case or to the formulation of a plan;

3         e.     to assist, advise and represent the Committee in its participation in the
4 negotiation, formulation and drafting of a plan of liquidation or reorganization;

5         f.     to provide advice to the Committee on the issues concerning the appointment
6 of a trustee or examiner under Section 1104 of the Bankruptcy Code;

7         g.     to assist, advise and represent the Committee in the performance of all of its
8 duties and powers under the Bankruptcy Code and the Bankruptcy Rules and in the performance of
9 such other services as are in the interests of those represented by the Committee; and

10         h.     to assist, advise and represent the Committee in the evaluation of claims and
11 on any litigation matters.

12     5.     The Committee seeks to retain PSZYJW for the primary purpose of attempting to
13 maximize the amount of money that would be made available to be distributed to Debtor's creditors.

14     6.     The Committee believes that PSZYJW is well-qualified to render the foregoing
15 services. A biography of the PSZYJW attorneys representing the Committee is attached to the
16 Declaration of Samuel R. Maizel (the "Declaration"), filed concurrently herewith.

17     7.     To the best of the Committee's knowledge, and based upon the Declaration hereto,
18 neither PSZYJW nor any of its attorneys have any connection with any party in interest, their
19 attorneys or accountants, other than as set forth in the Declaration.

20     8.     Except as provided in the Declaration, to the best of the Committee's knowledge,
21 neither PSZYJW, nor any of its attorneys represent any interest adverse to that of the Committee in
22 the matters on which they are to be retained, and PSZYJW's attorneys are disinterested persons
23 under Section 101(14) of the Bankruptcy Code.

24     9.     The Committee desires to employ PSZYJW with reasonable fees to be determined by
25 the Court. No compensation will be paid to PSZYJW except upon application to, and approval by,
26 the Bankruptcy Court after notice and a hearing. PSZYJW has received no retainer in this case.
27 Neither the Committee nor any of its members (or their representatives) are or will be liable for any
28 fees or costs incurred by PSZYJW in its representation of the Committee. The current hourly rates

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

of the attorneys likely to work on this case are: Hamid R. Rafatjoo - $395.00; Samuel R. Maizel - $495.00; and Ira D. Kharasch - $625.00.  A brief biography of those attorneys is attached to the Declaration as Exhibit A.

10.     A copy of the Application was served on the Office of the United States Trustee and counsel for the Debtors.  Notice of Submission of this Application was provided, in the form attached hereto as Exhibit A, to the Debtor, its counsel, the Office of the United States Trustee, and all parties requesting special notice.

11.     It is contemplated that PSZYJW will seek compensation during the case, and final compensation at the conclusion of the case, as permitted by Sections 328(a), 330, and 331 of the Bankruptcy Code and Bankruptcy Rule 2016.  PSZYJW understands that its compensation in this case is subject to the prior approval of the Bankruptcy Court, after notice and a hearing, in accordance with Sections 328(a), 330, and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and the United States Trustee Notices and Guidelines.  There is no agreement between PSZYJW and any other entity for the sharing of compensation received or to be received for services rendered in connection with the case, except among PSZYJW's partners and attorneys.

**WHEREFORE**, the Committee requests that this Court approve the employment of PSZYJW as its counsel effective as of July 6, 2006 to render services as described above with compensation to be paid as an administrative expense in such amounts as this Court may hereafter determine and allow.

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

Dated:  July 21, 2006

By_____
Samuel R. Maizel, Esq.
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California  90067-4100
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760

[Proposed] Counsel to the Official Committee of Unsecured Creditors

# DECLARATION OF SAMUEL

Hamid R. Rafatjoo (CA Bar No. 181564)
Samuel R. Maizel (CA Bar No. 189301)
PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

[Proposed] Attorneys for Official Unsecured Creditors
Committee

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2-06-br-01784-RTBP |
| WESTERN MEDICAL, INC., an Arizona corporation, | Chapter 11 |
| Debtor. | **DECLARATION OF SAMUEL R. MAIZEL IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS TO EMPLOY PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP AS COUNSEL** |
| | (No Hearing Required) |

I, Samuel R. Maizel, declare and state as follows:

1.      I am an attorney duly admitted to practice by the State of California.

2.      I make this declaration in support of the application (the "Application") filed by the Official Committee of Creditors Holding Unsecured Claims (the "Committee") to employ Pachulski Stang Ziehl Young, Jones & Weintraub LLP ("PSZYJW") as counsel to the Committee.

3.      I am a Partner of PSZYJW and am duly admitted and licensed to practice law in the State of California and will apply for admission pro hac vice to practice before this Court.

4.      The contact information of PSZYJW is:

Pachulski Stang Ziehl Young Jones & Weintraub LLP
10100 Santa Monica Boulevard
Suite 1100
Los Angeles, California 90067
Telephone No.: (310) 277-6910
Facsimile No.: (310) 201-0760

5.     PSZYJW is a firm of approximately 58 attorneys with a practice concentrated on corporate reorganizations, insolvency and litigation.  PSZYJW attorneys have extensive experience representing creditors' committees, debtors, creditors, trustees and other constituents in a bankruptcy case in a wide variety of bankruptcy cases.  Additionally, PSZYJW has extensive experience representing debtors, committees, creditors and governmental entities in bankruptcy cases in the healthcare industry.  Attached hereto as Exhibit A is a biographical sketch of the attorneys likely to work on this case.  More information on PSZYJW's practice experience and on its attorneys can be found at its website, at www.pszyjw.com.

6.     The services to be rendered by PSZYJW in this case are:

        a.      to assist, advise and represent the Committee in its consultations with Debtor regarding the administration of this case;

        b.      to assist, advise and represent the Committee in analyzing Debtor's assets and liabilities, investigating the extent and validity of liens and participating in and reviewing any proposed asset sales, any asset dispositions, financing arrangements and cash collateral stipulations or proceedings;

        c.      to assist, advise and represent the Committee in any manner relevant to reviewing and determining Debtor's rights and obligations under leases and other executory contracts;

        d.      to assist, advise and represent the Committee in investigating the acts, conduct, assets, liabilities and Debtor's financial condition, Debtor's business operation and the desirability of the continuance of any portion of the business, and any other matters relevant to this case or to the formulation of a plan;

e. to assist, advise and represent the Committee in its participation in the negotiation, formulation and drafting of a plan of liquidation or reorganization;

f. to provide advice to the Committee on the issues concerning the appointment of a trustee or examiner under Section 1104 of the Bankruptcy Code;

g. to assist, advise and represent the Committee in the performance of all of its duties and powers under the Bankruptcy Code and the Bankruptcy Rules and in the performance of such other services as are in the interests of those represented by the Committee; and

h. to assist, advise and represent the Committee in the evaluation of claims and on any litigation matters.

7. Subject to Court approval and in accordance with Sections 330 and 331 of the Bankruptcy Code, PSZYJW will be compensated at its regular hourly rates and reimbursed for expenses incurred herein from the assets of Debtor's estate. The hourly rates of the Firm's professionals and para-professionals and the Firm's schedule of reimbursable costs are available upon request. The hourly rates of the attorneys likely to work on this case are: Hamid R. Rafatjoo - $395.00; Samuel R. Maizel - $495.00; and Ira D. Kharasch - $625.00.

8. PSZYJW has not received a retainer from Debtor or the Committee or any payment during the one year period prior to the filing of Debtor's petition. No compensation has been paid or promised to be paid from a source other than the Estate in this case. Neither the Committee nor its members (or any of their representatives) are or will be liable for fees or costs incurred by PSZYJW in its representation of the Committee.

9. PSZYJW has made the following investigation of disinterestedness prior to submitting this declaration. PSZYJW has undertaken a full and thorough review of its computer data base which contains the names of clients and other parties interested in particular matters. PSZYJW requires all of its professionals, before accepting the representation of a new client, or the representation of an existing client in a new matter, to perform a conflicts check through the PSZYJW data base and to enter into that data base conflict information regarding new clients or new matters. Thus, a review of said computerized data base should reveal any and all actual or potential conflicts of interest with respect to any given representation. In particular, an employee of

1  PSZYJW, under my supervision, ran Debtor's names, the names of Debtor's owners, known secured

2  creditors, and the twenty (20) largest unsecured creditors of the Debtor through PSZYJW's data base

3  and found no potential conflict other than as disclosed below:

4        a.    PSZYJW represented Metrocall, a creditor in this bankruptcy case, in its own

5  bankruptcy case, totally unrelated to this case.  That representation began in June 2002, and its plan

6  was confirmed in September 2002.  The case was finally closed in the summer of 2004.  PSZYJW

7  has no ongoing relationship with Metrocall.

8        b.    PSZYJW's attorneys have participated in panels for educational programs

9  with principals from the Debtor's financial advisors, including Alex Moglia and Henry Ritter, for

10 professional organizations such as the American Bankruptcy Institute.

11       c.    A PSZYJW attorney was contacted by and had a telephonic discussion with

12 the prospective purchaser of the Debtor's assets while that party was searching for counsel to

13 represent it in this proceeding.  PSZYJW received no confidential information and did not have any

14 substantive discussions with the prospective buyer.  After the telephone call ended, PSZYJW had no

15 further discussions with the prospective buyer.

16     10.    While PSZYJW may represent, or may have represented creditors of Debtor in other,

17 unrelated matters, PSZYJW does not and will not represent any such creditors individually in

18 connection with this matter.

19     11.    PSZYJW is not, and has never been a creditor, an equity security holder or an insider

20 of the Debtor.

21     12.    PSZYJW is not and has never been an investment banker for any outstanding security

22 of the Debtor.

23     13.    PSZYJW is not, and was not, within three years before the date of the filing of the

24 petition herein, an investment banker for a security of the Debtor, or an attorney for such investment

25 banker in connection with the offer, sale or issuance of any security of the Debtor.

26     14.    PSZYJW is not, and was not, within two years before the date of the filing of the

27 petition herein, a director, officer or employee of the Debtor or of any investment banker for any

28 security of the Debtor.

15.     PSZYJW neither holds nor represents an interest materially adverse to the interests of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or an investment banker for any security of the Debtor, or for any other reason.

16.     The name, address and telephone number of the person signing this declaration on behalf of the Firm and the relationship of such person to the Firm is as follows:

Samuel R. Maizel, Esq.
Pachulski Stang Ziehl Young Jones & Weintraub LLP
10100 Santa Monica Boulevard
Suite 1100
Los Angeles, California  90067
Telephone (Direct):  (310) 772-2306
Telecopier: (310) 201-0760
Email: smaizel@pszyjw.com

17.     The members of the firm who will work on this case are familiar with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules and shall comply with them.

To the best of my knowledge, after conducting or supervising the investigation described in Paragraph 9 above, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 21st day of July, 2006, at Los Angeles, California.

Samuel R. Maizel

# Exhibit A



**PACHULSKI STANG ZIEHL YOUNG JONES WEINTRAUB**

| Los Angeles | San Francisco | New York | Wilmington, DE |

## Our Attorneys

- ABOUT OUR FIRM
- OUR ATTORNEYS
- PRACTICE AREAS
- INDUSTRIES
- CLIENTS
- NEWS & PUBLICATIONS
- RECRUITING
- CONTACT US
- SEARCH SITE

### Ira D. Kharasch
Email: ikharasch@pszyjw.com

Los Angeles Office
10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067-4100
Tel: 310.277.6910

Mr. Kharasch has had substantial experience in chapter 11 corporate reorganizations and out-of-court workouts representing debtors, secured creditors, and creditors' committees. He has had lead responsibility in confirming both creditor and debtor plans of reorganization in chapter 11 cases. Mr. Kharasch is a graduate of the University of Illinois and got his J.D. from UCLA. Mr. Kharasch is admitted to practice in Alaska and California, and is a resident in our Los Angeles office.

**Representative Matters**
- Chapter 11 debtors in Tie Communications; Plainwell, Tecmar Technology.
- Trade committee in Custom Foods.



**EDUCATION**
- University of Illinois (B.A., *cum laude*, 1977).
- University of California School of Law, Los Angeles (J.D. 1982).
- Phi Beta Kappa.

**JUDICIAL CLERKSHIP**
- Judicial law clerk, Chief Justice Edmond Burke (Alaska).

**BAR ADMISSION**
- 1983, California.
- 1983, Alaska.

Disclaimer | Sitemap | © 2006 Pachulski Stang Ziehl Young Jones & Weintraub | Site by Firmseek



| Los Angeles | San Francisco | New York | Wilmington, DE |

## Our Attorneys

- ABOUT OUR FIRM
- OUR ATTORNEYS
- PRACTICE AREAS
- INDUSTRIES
- CLIENTS
- NEWS & PUBLICATIONS
- RECRUITING
- CONTACT US
- SEARCH SITE

### Samuel R. Maizel
Email: smaizel@pszyjw.com

Los Angeles Office
10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067-4100
Tel: 310.277.6910



Mr. Maizel's practice includes bankruptcy matters and financial restructuring in and out of court, with a focus on the healthcare industry. He has also served as lead bankruptcy counsel to debtors in chapter 11 cases, as an examiner appointed pursuant to the request of the Securities and Exchange Commission, and as lead counsel to various official bankruptcy committees and to individual creditors. He has led the firm's representation of the Attorneys General of forty-six states and six territories (Settling States) that are parties to the Master Settlement Agreement with the tobacco industry since 2000. Before joining the firm, he represented the federal government in bankruptcy, district, and appellate courts nationwide as a trial attorney in the US Department of Justice's Commercial Litigation Branch. He has also served in US Army's The Judge Advocate General's Corps, including service in Operation Desert Shield/Desert Storm, for which he was awarded the Bronze Star Medal. Previously he served as an Infantry Officer in the 101st Airborne Division and the 3rd US Infantry Regiment (The Old Guard). He has lectured extensively, is widely published, and been interviewed on television and radio on bankruptcy topics. Mr. Maizel is a resident in the Los Angeles office.

#### EDUCATION

- United States Military Academy (B.S. 1977).
- Georgetown University (M.A. 1983).
- George Washington University (J.D. 1985).

#### BAR ADMISSION

- 1985, Pennsylvania.
- 1997, California.

#### Professional Affiliations

- Chair, American Bar Association Business Law Section Business Bankruptcy Committee Subcommittee on Litigation.

- Chair, American Bar Association Business Section Business Bankruptcy Committee Subcommittee on Executory Contracts, 2002-05.

- Chair, American Bar Association Business Section Business Bankruptcy Committee Working Group on Health-Care Related Bankruptcy Issues, 1999-2002.

- Vice Chair, American Bankruptcy Institute Healthcare Insolvency Committee.

- Lt. Col., Judge Advocate General's Corp., U.S. Army Reserves.

**Publications**

- Contributing author, *Collier on Bankruptcy* (Matthew Bender 2005).

- Contributing author, *Health Care Insolvency Manual* (American Bankruptcy Institute 1997; revised 2005).

- "Intensive Care," a monthly column in *American Bankruptcy Institute Journal*.

- "Examiners on the Rise," 26 *National Law Journal* 18 (No. 59 2004).

- "A Survey of Setoff and Recoupment Cases in Healthcare Insolvency Cases," *Annual Survey of Bankruptcy Law* (2000).

- "Health Care Bankruptcies," in *Wiley Bankruptcy Law Update* (Aspen Law & Bus. 1998, 1999, 2000 eds.).

- "HMOs as Debtors," *National Law Journal* B6 (Aug. 20, 1999).

- "Health Care Entities Turn to Bankruptcy," *Los Angeles Business Journal* 44 (Aug. 23, 1999).

- Co-author, "The SEC's Role in Public Company Bankruptcy Cases Where There Is a Significant Enforcement Interest," *Annual Survey of Bankruptcy Law* (2005).

- Co-author, "Substantive Consolidation of Debtors and Non-Debtors in Bankruptcy Proceedings," *Annual Survey of Bankruptcy Law* 87 (2002).

- Co-author, "Injunctive Relief in Health Care Insolvencies," 24 *California Bankruptcy Journal* 215 (1998).

- Co-author, "The Government's Contractual Rights and Bankruptcy's Automatic Stay," 25 *Public Contract Law Journal* 711 (1996).

- Co-author, "The Medicare Contract in Bankruptcy: In Which Direction Does University Medical Center Lead?" 11 *Bankruptcy Developments Journal* 405 (1995).

**Programs and Lectures**

- Lecturer, American Ass'n of Health Plans, American Bankruptcy Institute, American Bar Ass'n, American Health Lawyers Ass'n, American Medical Ass'n, American Society of Medical Ass'n Counsel, Beverly Hills Bar Ass'n, Board of Contract Appeals Judge's Ass'n, California Society of Healthcare Attorneys, California Bankruptcy Forum, California Society of Certified Public Accountants, Central California Bankruptcy Institute, Commercial Law League of America, Federal Bar Ass'n, International Ass'n of Insurance Receivers, IPA Ass'n of America, Los Angeles County Bar Ass'n, National Ass'n of Attorneys General, National Ass'n of Bankruptcy Trustees, National Ass'n of County Officers, National Health Lawyers Ass'n, Orange County Bar Ass'n, States' Ass'n of Bankruptcy Attorneys, Southeastern Bankruptcy Law

Institute, Tennessee Bar Ass'n, Turnaround Management Ass'n, US Military Academy at West Point, University of Southern California Law School, New York University, Seton Hall Law School, New York Law School, San Joaquin College of Law, US Army Judge Advocate General's School, US Department of Justice, US Department of Agriculture, US Department of Health and Human Services, US Department of Labor, US Treasury Department, US Department of Defense, US Navy Office of General Counsel, US Army Litigation Center, US Defense Logistics Agency, Social Security Administration, Internal Revenue Service, US Attorneys Office for the Southern District of Florida, Export-Import Bank of the US, Renaissance American Management, Beard Group, Law Education Institute, Fulcrum Information Services, Educational Symposia Inc., Home Care Industry of America, Jay Alix & Assoc.

**Representative Matters**

- Creditors' committees in Mariner Post-Acute Network; Genesis Health Systems; Associated Physicians of St. Johns.

- Examiner in Metropolitan Mortgage & Securities Inc.

- Chapter 11 debtors in Health Plan of the Redwoods; Health Source Medical Group; Inacom; Pacific Eyenet.

- Special counsel to chapter 11 debtor in Intrepid USA Inc.

- Creditors Sun Healthcare Group (landlord); NewCare Health Corp., Integrated Health Services, Assisted Living Concepts, and Alpha Healthcare Foundation (nursing home operators); healthplans in FPA Medical Management and MedPartners Provider Network.

- Governmental entities in Alliance Tobacco; Carolina Tobacco; Santa Paula Memorial Hospital.

- Out of court restructuring of Health Line Clinical Laboratories.

Disclaimer | Sitemap | © 2006 Pachulski Stang Ziehl Young Jones & Weintraub | Site by Firmseek



PACHULSKI
STANG
ZIEHL
YOUNG
JONES
WEINTRAUB

| Los Angeles | San Francisco | New York | Wilmington, DE |

## Our Attorneys

- ABOUT OUR FIRM
- OUR ATTORNEYS
- PRACTICE AREAS
- INDUSTRIES
- CLIENTS
- NEWS & PUBLICATIONS
- RECRUITING
- CONTACT US
- SEARCH SITE

**Hamid R. Rafatjoo**
Email: hrafatjoo@pszyjw.com

Los Angeles Office
10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067-4100
Tel: 310.277.6910

Mr. Rafatjoo has represented debtors, creditors' committees, trustees, and asset purchasers in chapter 11 reorganizations. He is a graduate of the UC Irvine and received his J.D. from Loyola University School of Law. Mr. Rafatjoo is admitted to practice in California, and is a resident in our Los Angeles office.

### Professional Affiliations

- Member, Orange County Bankruptcy Forum Board of Directors
- National board member, Iranian American Bar Association.
- Member, U.S. Bankruptcy Court, Central District of California Long Range Planning Committee.

### Publications

- Assistant editor, *Norton Bankruptcy Law and Practice.*
- Contributing author, *Wiley Bankruptcy Law Update* (2002).



### EDUCATION

- University of California at Irvine (B.A., *cum laude*, 1992).
- Loyola Marymount University (J.D. 1995).
- Phi Kappa Psi; Phi Alpha Delta.

### JUDICIAL CLERKSHIP

- Judicial law clerk, John E. Ryan (Bankr. C.D. Cal. 1995-96),
- Law clerk, James N. Barr, Lynne Riddle, John J. Wilson (Bankr. C.D. Cal. 1996),

### BAR ADMISSION

- 1995, California.

Disclaimer | Sitemap | © 2006 Pachulski Stang Ziehl Young Jones & Weintraub | Site by Firmseek

1   Hamid R. Rafatjoo (CA Bar No. 181564)
Samuel R. Maizel (CA Bar No. 189301)
2   PACHULSKI STANG ZIEHL YOUNG JONES
      & WEINTRAUB LLP
3   10100 Santa Monica Blvd.
11th Floor
4   Los Angeles, California  90067-4100
Telephone: 310/277-6910
5   Facsimile:  310/201-0760

6   [Proposed] Attorneys for Official Unsecured Creditors
Committee

7

8             UNITED STATES BANKRUPTCY COURT

9                DISTRICT OF ARIZONA

10

11  In re:                       Case No.: 2-06-bk-01784-RTBP

12  WESTERN MEDICAL, INC., an Arizona    Chapter 11
    corporation,

13                         NOTICE OF SUBMISSION OF
               Debtor.     APPLICATION OF THE OFFICIAL
14                         COMMITTEE OF CREDITORS
                         HOLDING UNSECURED CLAIMS
15                         TO EMPLOY PACHULSKI STANG
                         ZIEHL YOUNG JONES &
16                         WEINTRAUB LLP AS COUNSEL

17                         (No Hearing Required)

18

19  **TO THE DEBTOR AND COUNSEL, THE TWENTY LARGEST UNSECURED**

20  **CREDITORS, THE OFFICIAL COMMITTEE OF CREDITORS HOLDING**

21  **UNSECURED CLAIMS, ALL PARTIES WHO HAVE REQUESTED SPECIAL**

22  **NOTICE, AND THE UNITED STATES TRUSTEE:**

23          **PLEASE TAKE NOTICE,** that the Official Committee of Creditors Holding Unsecured

24  Claims (the "Committee") of Western Medical, Inc., debtor and debtor in possession

25  ("Western"), has submitted the Application of the Official Committee to Employ Pachulski

26  Stang Ziehl Young Jones & Weintraub LLP ("PSZYJW") as its Counsel (the "Application") to

27  the United States Trustee and the United States Bankruptcy Court.

28

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

By the Application, the Committee seeks Court approval of the proposed employment effective as of July 6, 2006:

    a.    to assist, advise and represent the Committee in its consultations with Western regarding the administration of this case;

    b.    to assist, advise and represent the Committee in analyzing Western's assets and liabilities, investigating the extent and validity of liens and participating in and reviewing any proposed asset sales, any asset dispositions, financing arrangements and cash collateral stipulations or proceedings;

    c.    to assist, advise and represent the Committee in any manner relevant to reviewing and determining Western's rights and obligations under leases and other executory contracts;

    d.    to assist, advise and represent the Committee in investigating the acts, conduct, assets, liabilities and Western's financial condition, Western's business operation and the desirability of the continuance of any portion of the business, and any other matters relevant to this case or to the formulation of a plan;

    e.    to assist, advise and represent the Committee in its participation in the negotiation, formulation and drafting of a plan of liquidation or reorganization;

    f.    to provide advice to the Committee on the issues concerning the appointment of a trustee or examiner under Section 1104 of the Bankruptcy Code;

    g.    to assist, advise and represent the Committee in the performance of all of its duties and powers under the Bankruptcy Code and the Bankruptcy Rules and in the performance of such other services as are in the interests of those represented by the Committee; and

    h.    to assist, advise and represent the Committee in the evaluation of claims and on any litigation matters.

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

SRM-003\DOCS_LA:154672.1

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

The Committee desires to employ PSZYJW with reasonable fees to be determined by the Court. No compensation will be paid to PSZYJW except upon application to, and approval by, the Bankruptcy Court after notice and a hearing. PSZYJW has not received a retainer in this case. The current hourly rates of the attorneys likely to work on this case are: Hamid R. Rafatjoo - $395.00; Samuel R. Maizel - $495.00; and Ira D. Kharasch - $625.00.

Pursuant to Section 327 of the Bankruptcy Code a hearing is not required in connection with the Application.

Any objection to the proposed Application and request for hearing must be in the form prescribed by local rules and must be filed and served on the Committee, its proposed counsel and the Office of the United States Trustee no later than fifteen days from the date of service of this notice.

A true and correct copy of the Application can be obtained by contacting Joyce Higgins, at Pachulski Stang Ziehl Young Jones & Weintraub LLP, 10100 Santa Monica Boulevard, Suite 1100, Los Angeles, California 90067, (310) 772-2304.

Dated:  July 21, 2006

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

By  _____
    Hamid R. Rafatjoo (CA Bar No. 181564)
    Samuel R. Maizel (CA Bar No. 189301)
    [Proposed] Attorneys for Official
    Unsecured Creditors Committee

-3-

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

I, Joyce A. Higgins, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 11th Floor, Los Angeles, California 90067-4100.

On July 24, 2006, I caused to be served the **NOTICE OF SUBMISSION OF APPLICATION OF THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS TO EMPLOY PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP AS COUNSEL,** in this action by placing a true and correct copy of said document(s) in sealed envelopes and by overnight mail addressed as follows:

*See the attached service list*

☑ **(BY MAIL)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY FAX)** I caused to be transmitted the above-described document by facsimile machine to the fax number(s) as shown. The transmission was reported as complete and without error. (Service by Facsimile Transmission to those parties on the attached List with fax numbers indicated.)

☐ **(BY PERSONAL SERVICE)** By causing to be delivered by hand to the offices of the addressee(s).

☐ **(BY OVERNIGHT DELIVERY)** By sending by                to the addressee(s) as indicated on the attached list.

I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

Executed on July 24, 2006, at Los Angeles, California.

_Joyce A. Higgins_
Joyce A. Higgins

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Service List

**Debtor's Counsel**
James E. Cross, Esq.
Brenda K. Martin, Esq.
Osborn Maledon, PA
2929 North Central Avenue
21st Floor
Phoenix, AZ 85012

**US Trustee**
Larry Watson, Esq.
United States Trustee
230 N. First Avenue, Ste. 204
Phoenix, AZ 85003

**Counsel for McKesson Medical-Surgical, Inc.**
Nancy Swift
Jeff Levinson
Anderson Brody Buchalter Nemer
4600 E. Shea Blvd., Suite 100
Phoenix, AZ 85028

McKesson Medical-Surgical, Inc.
Attn: Beth Chadwell
8741 Landmark Road
Richmond, VA 23228

**Counsel for Pride Mobility Products Corp.**
Donald W. P.O.well, Esq.
Carmichael & P.O.well, PC
7301 North 16th Street, Suite 103
Phoenix, AZ 85020-5297

Pride Mobility Products Corp.
Attn: Laura Tavella
182 Susquehanna Avenue
Exeter, PA 18643

Convaid Inc.
Attn: Nancy Smith
2830 California Street
Torrance, CA 90503

PRN Marketing, Inc.
dba Rx P.O.sitive
Attn: Jim Hewlett
1845 W. 25th Street, Suite A
Yuma, AZ 85364

**Counsel for McKesson**
Randye B. Soref, Esq.
Buchalter Nemer
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

and

Jeffrey K. Garfinkle, Esq.
Buchalter Nemer
18400 Von Karman Ave., Suite 800
Irvine, CA 92612-0514

**REQUEST FOR SPECIAL NOTICE**

**Counsel for Sunrise Medical**
Gerald P. Kennedy
Procopio, Cory, Hargreaves & Savitich
530 B Street, Suite 2100
San Diego, CA 92101

and

Philip J. Giacinti
Procopio, Cory, Hargreaves & Savitich
530 B Street, Suite 2100
San Diego, CA 92101

**Counsel for Providential Holdings, Inc.**
Carolyn J. Johnsen, Esq.
Jennings, Strouss & Salmon, PLC
The Collier Center, 11th Floor
201 East Washington Street
Phoenix, AZ 85004-2385

**Counsel for M&I Marshall & Iisley Bank**
Brian Sirower, Esq.
Quarles & Brady Streich Lang LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

**Counsel for Invacare Corporation**
Mark W. Roth, Esq.
D. Lamar Hawkins, Esq.
Hebert Schenk P.C.
4742 North 24th Street, Suite 100
Phoenix, AZ 85016-4859

**Counsel for Sunrise**
Phil Giacinti
Procopio Cory Hargreaves & Savitch LLP
530 B Street, Suite 2100
San Diego, CA 92101-4469

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**Counsel for Invacare**
Dale E. Markworth, Esq.
Mansour, Gavin, Gerlack & Manos Co. LPA
55 Public Square, Suite 2150
Cleveland, Ohio 44113-1994

Richard A. Dyer
Law Offices of Richard A. Dyer
P.O.st Office Box 12038
Glendale, AZ 85318-2038

David Stetz
Cash Recovery LLC
180 N. LaSalle St., Suite 3120
Chicago, IL 60601

Paul K. Charlton, Esq.
U.S. Attorney
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, AZ 85004-4408

Terry Goddard, Esq.
Office of Arizona Attorney General
1275 W. Washington
Phoenix, AZ 85007

Jared Parker, Esq.
Stinson Morrison Hecker LLP
1850 N. Central Avenue, Suite 2100
Phoenix, AZ 85004

Scott E. Blakeley
Blakeley & Blakeley LLP
2030 Main Street, #210
Irvine, CA 92614

Stephen M. Barkley
Lammers & Barkley PC
3430 E. Sunrise Dr., Suite 170
Tucson, AZ 85718-0001

David Wetsch
Wetsch & Abbott PLC
974 – 73rd St., Suite 20
Des Moines, IA 50312

**Counsel for Key Equipment Finance**
Wade Bergeson
Engelman Berger, PC
3636 N. Central Avenue, Suite 700
Phoenix, AZ 85012

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

**Counsel for Airgas, Inc.**
2    Kathleen Miller
Smith, Katzenstein & Furlow
3    800 Delaware Avenue, 7th Fl.
P.O.st Office Box 410
Wilmington, DE  19899
Courier:  19801

5    David Boyle
Airgas, Inc.
6    259 Radnor-Chester Road, Suite 100
P.O.st Office Box 6675
7    Radnor, PA  19087-8675

8    Scott E. Blakeley
Blakeley & Blakeley LLP
9    2030 Main St. #210
Irvine, CA  92614

10

**Counsel for Frederick and Emillia Fiala**
11   Scott Ambrose
The Ambrose Law Firm, PC
12   11000 N. Scottsdale Rd., Suite 185
Scottsdale, AZ  85254

13

**Counsel for Pima County**
14   Ruthanne Miller
Terri Roberts
15   Deputy County Attorneys
Civil Division
16   32 N. Stone Avenue, Suite 2100
Tucson, AZ  85701

17

**Counsel for Stat Med**
18   Mark Wesbrooks
The Wesbrooks Law Firm, PLLC
19   5128 E. Thomas Road
Phoenix, AZ  85018

20

**Counsel for Arizona Labor Force**
21   Kevin Blakley
Gammage & Burnham
22   Two N. Central Avenue, 18th Fl.
Phoenix, AZ  85004

23

**TWENTY LARGEST**

24

Mckesson Med-Surg
25   Acct Minn Supply Inc.
P.O. Box 27100
26   Golden Valley, MN  55427-0100

27

28

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1
2
3

Pride Mobility Products Corp.
c/o Carmichael & P.O.well, PC
Donald P.O.well, Esq.
7301 N 16th St, Ste 103
Phoenix, AZ  85020-5297

4
5

Hill-Rom Co Inc
P.O. Box 643592
Pittsburgh, PA  15264-3592

6
7

Praxair
Dept 0812, P.O. Box 120812
Dallas, TX  75312-0812

8
9

Rx P.O.sitive Aka Prn
Marketing Inc.
1845 W 25th St
Yuma, AZ  85364

10
11

Invacare Supply Group
P.O. Box 642878
Pittsburgh, PA  15264-2878

12
13

Convaid Products Inc
P.O. Box 4209
Palos Verdes, CA  90274

14
15

Stat-Med Inc
20801 N 19th Avenue
Phoenix, AZ  85027

16
17
18

Dex Media, Inc.
C/O Richard A Dyer
P.O. Box 12038
Glendale, AZ  85318-2038

19
20

Airgas Puritan Medical
P.O. Box 7423
Pasadena, CA  91109-7423

21
22

Bankers Leasing Co
P.O. Box 7740
Urbandale, IA  50323

23
24

Regency Medical Equipment
399 S State Street
Clearfield, UT  84015

25
26

Alltel
Building 4, Fifth Floor
One Allied Drive
Little Rock, AR  72202-2099

27

28

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1   Animas Corporation
    200 Lawrence Drive
2   West Chester, PA  19380

3   AZ CPM
    6320 E Thomas Rd, Ste 218
4   Scottsdale, AZ  85251-7058

5   Dex Media West
    P.O. Box 79167
6   Phoenix, AZ  85062-9167

7   Paul K. Charlton, Esq.
    U.S.  Attorney
8   Two renaissance Square
    40 N. Central Ave., Ste. 1200
9   Phoenix, AZ  85004-4408

10  Terry Goddard, Esq.
    Office of Arizona Attorney General
11  1275 W. Washington
    Phoenix, AZ  85007

12

    Brian Sirower, Esq.
13  Quarles & Brady Streich Lang
    One Renaissance Square
14  2 North Central Ave.
    Phoen, AZ  85004

15

    Carolyn J. Johnsen, Esq.
16  Jennings, Strouss & Salmon
    201 E. Washington, 11th Floor
17  Phoenix, AZ  85004

18  Phil Giacinti, Esq.
    Procopio Cory Hargreaves & Savitch LLP
19  530 B Street, Suite 2100
    San Diego, CA  92101-4469

20

    Jared Parker, Esq.
21  Stinson Morrison Hecker LLP
    1850 N. Central ave., Suite 2100
22  Phoenix, AZ  85004

23  Dale E. Markworth, Esq.
    Mansour, Gavin, Gerlack &
24  Manos Co. LPA
    55 Public Square, Suite 2150
25  Cleveland, OH  44113-1994

26  Larry Watson
    Office Of The U.S. Trustee
27  230 N. First Ave., Suite 204
    Phoenix, AZ  85003

28

**Those Who Have Requested Notice Below
As Well As Other Counsel For Certain Creditors**

Jeffrey Garfinkle
BUCHALTER NEMER
18400 Von Karman Ave., Suite 800
Irvine, CA 92612

Wade M. Bergeson
Engelman Berger, PC
3636 N. Central Ave., Suite 700
Phoenix, AZ 85012

Ruthanne Miller
Terri Roberts
Deputy county attorneys
Civil Division
32 N. Stone Ave., Suite 2100
Tucson, AZ 85701

David Boyle
Airgas, Inc.
259 Radnor-Chester Rd., Ste. 100
P.O. Box 6675
Radnor, PA 19087-8675

Nancy K. Swift
Anderson Brody Buchalter Nemer
4600 S. Shea Blvd., Suite 100
Phoenix, AZ 85028

Mark Roth
D. Lamar Hawkins
Hebert Schenk PC
4742 N. 24th Street, Suite 100
Phoenix, AZ 85016-4859

Scott E. Blakeley
Blakeley & Blakeley LLP
2030 Main St #210
Irvine, CA 92614

Stephen M. Barkley
Lammers & Barkley PC
3430 E. Sunrise Dr., Suite 170
Tucson, AZ 85718-0001

Richard A. Dyer
Law Offices of Richard A. Dyer
P.O. Box 12038
Glendale, AZ 85318-2038

David Stetz
Cash Recovery LLC
180 N. LaSalle St., Suite 3120
Chicago, IL 60601

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

David Wetsch
Wetsch & Abbott PLC
974 – 73rd St., Ste. 20
Des Moines, IA  50312

Balboa Capital
Attn: Legal Department
2010 Main Street, 11th Floor
Irvine, CA  92614

Donald P.O.well, Esq.
Carmichael & P.O.well
7301 N. 16th St., Ste. 103
Phoenix, AZ  85020-5297

Mark Wesbrooks
The Wesbrooks Law Firm, PLLC
5128 E. Thomas Road
Phoenix, AZ  85018

Jeff Levinson
Anderson Brody Buchalter Nemer
4600 E. Shea Blvd., Suite 100
Phoenix, AZ  85028

Kevin Blakley
Gammage & Burnham
Two N. Central Ave., 18th Floor
Phoenix, AZ  85004

Kathleen Miller
Smith, Katzenstein & Furlow
800 Delaware Ave., 7th Floor
P.O. Box 410
Wilmington, DE  19899

Scott Ambrose
The Ambrose Law Firm, PC
11000 N. Scottsdale Rd., Ste. 185
Scottsdale, AZ  85254

Dennis Crowl
1605 W Mandalay Ln
Phoenix, AZ 85023

Internal Revenue Service
Ogden, UT  85201

Preferred Capital, Inc.
6860 W. Snowville Rd #110
Brecksville OH  44141

Arizona Dept Of Revenue
P.O. Box 29010
Phoenix, AZ  85038-9010